HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, BAR # 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SCOTT ALLEN PIERACCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00165 LJO-SKO |
| *Plaintiff*, | **STIPULATION TO PERMIT TRAVEL; ORDER** |
| vs. | |
| SCOTT ALLEN PIERACCI, | Judge: Hon. Lawrence J. O'Neill |
| *Defendant*. | |

The parties, through their respective counsel, Brian Enos, Assistant United States Attorney, attorney for the plaintiff, and Victor M. Chavez, Assistant Federal Defender, attorney for defendant Scott Allen Pieracci hereby stipulate and agree that Mr. Pieracci's release conditions may be modified to permit him to travel out of state as follows:

(1) On August 13, 2015 to travel by vehicle to Idaho Falls, Idaho and camp for the night. On August 14, 2015 to proceed by vehicle to Helena Montana, spend the night there, and return to Modesto on August 16, 2015.

(2) On September 21, 2015 to fly from San Jose, CA to New York City and fly back to San Jose on September 27, 2015.  This trip is a preplanned family vacation.

///

The parties have consulted Pretrial Services Officer Ryan Beckwith who is familiar with the details of these trips and he is not opposed to Mr. Pieracci's request.

All other conditions of release shall remain in full force and affect.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  July 30, 2015        */s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: July 30, 2015         */s/  Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
SCOTT ALLEN PIERACCI


**O R D E R**

IT IS SO ORDERED.

   Dated:   **July 30, 2015**                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE