HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SCOTT ALLEN PIERACCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00165 LJO-SKO |
| *Plaintiff*, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| SCOTT ALLEN PIERACCI, | |
| *Defendant*. | |

Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant, SCOTT ALLEN PIERACCI, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED: August 10, 2015          /s/ *Scott Allen Pieracci*
                                SCOTT ALLEN PIERACCI

DATED: August 10, 2015          /s/ *Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for SCOTT ALLEN PIERACCI

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **August 12, 2015**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE