HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
SCOTT PIERACCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00165-DAD-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER RESETTING TRIAL DATE |
| vs. | ) ) | |
| SCOTT PIERACCI, | ) ) | DATE: June 13, 2017 TIME: 1:00 p.m. |
| *Defendant.* | ) ) | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant, that the trial date now set for January 18, 2017 at 1:00 p.m. before the Hon. Judge Dale A. Drozd, be vacated and reset to June 13, 2017 and that trial confirmation be set for May 30, 2017 at 10:00 a.m. The defense has proposed this stipulation in order to adequately prepare the defense by carrying out investigative tasks, including consultation with experts that will facilitate settlement of the case or necessary preparation for trial.

The parties agree that this resetting is necessary in order to provide the defendant with the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore

1  the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                        Respectfully submitted,
                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

Dated:  October 6, 2016                 */s/ Brian W. Enos*
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Dated:  October 6, 2016                 */s/ Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SCOTT PIERACCI

## O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Scott Pieracci currently set for January 3, 2017, is continued to **May 30, 2017**, at 10:00am. The jury trial currently set for January 18, 2017, is continued to **June 13, 2017,** at 8:30am. The time period between January 18, 2017 and June 13, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 6, 2016**             _____
                                        UNITED STATES DISTRICT JUDGE