HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
SCOTT PIERACCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>vs.<br><br>SCOTT PIERACCI,<br><br>　　　　　*Defendant.* | Case No.  1:15-cr-00165-DAD-BAM<br><br>EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL (DECLARATION OF CONFLICT); ORDER<br><br>JUDGE: Hon. Dale A. Drozd |

　　　　Assistant Federal Defender, Victor M. Chavez, counsel for defendant in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent Defendant Scott Pieracci.  This motion is based on the following facts:

1. On July 21, 2015, the Court appointed the Office of the Federal Defender to represented Defendant Scott Pieracci.

2. During the investigation of this case an individual was identified as a person who may be responsible for some of the criminal conduct in the case.  Developments within the last month have corroborated this belief.  Within the last approximately 3 weeks defense counsel learned information about this individual which revealed a conflict of interest for counsel's continued representation of Mr. Pieracci.

　　　　///

3. Based on this new information, the situation was discussed with Branch Chief, Charles J. Lee, who agreed there now exists a conflict in representing Mr. Pierraci. The Panel Administrator in this office is prepared to panel Mr. Pierraci's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

4. For the above reason, present counsel requests that this Court relieve him of his duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Scott Pieracci in this matter. The case is presently scheduled for trial on June 13, 2017.

Dated: April 5, 2017

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
SCOTT PIERACCI

**O R D E R**

IT IS SO ORDERED.

Dated: **April 5, 2017**

UNITED STATES DISTRICT JUDGE

2