1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:15-cr-00165 DAD/BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DECEMBER 11, 2017 STATUS CONFERENCE TO JANUARY 8, 2018; ORDER** |
| v. | Ctrm: 8 |
| | Hon. Barbara A. McAuliffe |
| SCOTT ALLEN PIERACCI, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Michael W. Berdinella, counsel for Defendant Scott Allen Pieracci ("defendant"), that this action's **Monday, December 11, 2017 status conference be continued to Monday, January 8, 2018, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

Notably, the parties do not propose any changes to this case's previously set April 30, 2018 trial confirmation hearing or May 15, 2018 trial date. Doc. 32. The parties likewise do not seek any modification to this case's time exclusion calculations, in that time has already been ordered excluded

through the May 15, 2018 trial date.  Ibid.

The parties base this stipulation on good cause.  To explain, at the parties' last status conference on July 10, 2017 and after reviewing respective trial calendars, the court set an April 30, 2018 trial confirmation hearing date and a May 15, 2018 trial date.  Doc. 32.  The parties were also in the midst of working through certain issues relating to supplemental discovery, and therefore asked the court to likewise set the December 11, 2017 status conference to assist them with moving forward with these issues, as well as determine the extent discovery motions might ultimately be necessary.

Since that time, the government has sought and obtained what it believes to be two compact disks of discovery responsive to the defense's requests from defendant's former place of employment.  The information on these disks were provided, however, in a format that the government has been unable to open.  Accordingly, the parties seek the above extension so it can timely produce and the defense can timely review this supplemental discovery prior to the next status conference.  After conferring about this issue, counsel for both parties determined that they were both available on January 8, 2018.  For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court.

PHILLIP A. TALBERT
United States Attorney

Dated: December 4, 2017            By: /s/ Brian W. Enos
                                   Brian W. Enos
                                   Assistant U.S. Attorney

                                   (As auth. 12/4/17)

Dated: December 4, 2017             /s/ Michael W. Berdinella
                                   Michael W. Berdinella, Esq.
                                   Attorney for Defendant

**ORDER**

IT IS SO ORDERED 7th Status Conference is continued from 12/11/2017 to January 8, 2018 at 1:00PM.

Dated:  **December 5, 2017**              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE