| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN W. ENOS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:15-cr-00165 DAD/BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE JANUARY 8, 2018 STATUS CONFERENCE TO FEBRUARY 12, 2018; ORDER** |
| v. | |
| | Ctrm: 8 |
| | Hon. Barbara A. McAuliffe |
| SCOTT ALLEN PIERACCI, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Michael W. Berdinella, counsel for Defendant Scott Allen Pieracci ("defendant"), that this action's **Monday, January 8, 2018 status conference be continued to Monday, February 12, 2018, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

///

///

///

1

1    Notably, the parties do <u>not</u> propose any changes to this case's previously set April 30, 2018 trial
2 confirmation hearing or May 15, 2018 trial date.  Doc. 32.  The parties likewise do not seek any
3 modification to this case's time exclusion calculations, in that time has already been ordered excluded
4 through the May 15, 2018 trial date.  <u>Ibid</u>.
5    The parties base this stipulation on good cause.  To explain, the parties recently stipulated, which
6 this court endorsed by way of formal order, to continue this action's December 11, 2017 status
7 conference to January 8, 2018.  Docs. 33 and 34.  The parties' based their prior stipulation on the facts
8 that: (1) the defense requested supplemental discovery from defendant's prior employer, and (2) the
9 government obtained two compact disks from the prior employer that it believed to contain information
10 responsive to defendant's supplemental requests, yet (3) the government was unable to open these disks
11 upon receipt.
12    Since December 11, 2017, the government has again sought information from defendant's prior
13 employer that responded to the requests for supplemental discovery.  This time, the government received
14 a thumb drive, which again is proving time consuming to open.  Initial efforts to access and open this
15 information, however, appears to be proving successful.  The thumb drive through which this
16 information arrived may contain thousands of pages of information, much more information than that
17 requested by the defense or otherwise relevant to this litigation.  The government believes it can access,
18 identify, analyze, and produce to defense counsel responsive information it has received within the next
19 two to three weeks.
20    The parties therefore seek the above extension so the government can timely produce and the
21 defense can timely review this supplemental discovery prior to the next status conference.  After
22 conferring about this issue, counsel for both parties determined that they were both available on
23 February 12, 2018.  The parties have likewise cleared this date with chambers.
24 ///
25 ///
26 ///
27 ///
28

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court.

McGREGOR W. SCOTT
United States Attorney

Dated: January 2, 2018      By: /s/ Brian W. Enos
Brian W. Enos
Assistant U.S. Attorney

(As auth. 1/2/18)

Dated: January 2, 2018       /s/ Michael W. Berdinella
Michael W. Berdinella, Esq.
Attorney for Defendant

**ORDER**

IT IS SO ORDERED the 7th Status Conference is continued from January 8, 2018 to February 12, 2018 at 1:00PM.

Dated: **January 2, 2018**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE