| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN W. ENOS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:15-cr-00165 DAD-BAM |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE IN ADVANCE OF JULY 29, 2019 HEARING ON PRE-TRIAL MOTIONS; ORDER** |
| v. | Ctrm: 5 |
| SCOTT ALLEN PIERACCI, | Hon. Dale A. Drozd |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Michael W. Berdinella, counsel for Defendant Scott Allen Pieracci ("defendant"), that this action's briefing schedule in advance of the July 29, 2019 hearing on pretrial motions be modified as set forth below. The parties also ask the court to endorse this stipulation by way of formal order.

The parties do not seek to modify the July 29, 2019 hearing date. The parties likewise do not seek any modification to this case's time exclusion calculations, in that time has already been ordered excluded through the November 5, 2019 trial date. Doc. 47.

1

| Filing | Current Deadline | Modified Deadline |
|---|---|---|
| Pretrial Motions | June 10, 2017 | June 17, 2019 |
| Opposition Briefs | July 1, 2019 | July 8, 2019 |
| Reply Briefs | July 15, 2019 | No change |
| Hearing | July 29, 2019 | No change |

The parties base this stipulation on good cause. To explain, after the parties agreed to the above briefing schedule, the need arose for counsel for the government to attend training at the National Advocacy Center in Columbia, South Carolina from June 4-7, 2019. In addition, this course was not advertised until several months after the above deadlines were set.

For the above stated reasons, the stipulated modifications to the above briefing schedule will enable the parties to timely file pretrial motions while likewise keeping the hearing date regarding the same. It will therefore conserve time and resources both for the parties and the court.

McGREGOR W. SCOTT
United States Attorney

Dated: June 2, 2019

By: /s/ Brian W. Enos
Brian W. Enos
Assistant U.S. Attorney

(As auth. 6/3/19)

Dated: June 3, 2019

 /s/  Michael W. Berdinella
Michael W. Berdinella, Esq.
Attorney for Defendant

**ORDER**

By stipulation of the parties, Pretrial Motions are to be filed by June 17, 2019; Opposition Briefs due by July 8, 2019; Reply Briefs due by July 15, 2019 and the Hearing on the motions remains set August 5, 2019 at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **June 3, 2019**

UNITED STATES DISTRICT JUDGE