1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:15-cr-00165 DAD/BAM |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE IN ADVANCE OF AUGUST 5, 2019 HEARING ON PRE-TRIAL MOTIONS; ORDER** |
| v. | Ctrm: 5 |
| SCOTT ALLEN PIERACCI, | Hon. Dale A. Drozd |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Michael W. Berdinella, counsel for Defendant Scott Allen Pieracci ("defendant"), that this action's briefing schedule in advance of the August 5, 2019 hearing on pretrial motions be slightly modified as set forth below. The parties also ask the court to endorse this stipulation by way of formal order.

Significantly, the parties do not seek to modify the August 5, 2019 hearing date. The parties likewise do not seek any modification to this case's time exclusion calculations, in that time has already been ordered excluded through the November 5, 2019 trial date. Doc. 47.

| Filing | Current Deadline | Modified Deadline |
|---|---|---|
| Opposition Briefs | July 8, 2019 | July 11, 2019 |
| Reply Briefs | July 15, 2019 | July 18, 2019 |
| Hearing | August 5, 2019 | No change |

The parties base this stipulation on good cause: To explain, since the parties stipulated to the current briefing schedule that the court endorsed by way of formal order on June 3, 2019 (Doc. 52), counsel for the government was assigned to two time-intensive, reactive sex trafficking investigations that were previously unforeseen. One of these cases has since been indicted (United States v. McGriff, Case No. 1:19-cr-133 LJO), and the other remains an active investigation. Accordingly, this short extension is necessary.

For the above stated reasons, the stipulated modifications to the above briefing schedule will enable the parties to timely file opposition briefs and any necessary reply briefs to previously filed pretrial motions, while likewise keeping the hearing date regarding the same. It will therefore conserve time and resources both for the parties and the court.

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: July 7, 2019              By: /s/ Brian W. Enos
                              Brian W. Enos
                              Assistant U.S. Attorney

                              (As auth. 7/7/19)

Dated: July 7, 2019               /s/ Michael W. Berdinella
                              Michael W. Berdinella, Esq.
                              Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **July 8, 2019**                /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE