McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALLEN PIERACCI,<br><br>Defendant. | CASE NO. 1:15-CR-00165-DAD-BAM<br><br>**APPLICATION AND ORDER FOR MONEY JUDGMENT** |

On October 7, 2019, defendant Scott Allen Pieracci entered a guilty plea to Counts One and Fifteen – Wire Fraud, in violation of 18 U.S.C. § 1343 of the Indictment.

As part of his plea agreement with the United States, defendant Scott Allen Pieracci agreed to forfeit voluntarily and immediately a personal forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Pieracci's Plea Agreement ¶ 3(l). Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Scott Allen Pieracci in the amount of restitution which is to be determined by the court at the time of sentencing, or within ninety days thereafter.

2. The above-referenced forfeiture money judgment is imposed based on defendant Scott Allen Pieracci's conviction for violating 18 U.S.C. § 1343 (Counts One and Fifteen). Said amount

represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date: December 31, 2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Brian W. Enos
BRIAN W. ENOS
KIRK E. SHERRIFF
Assistant United States Attorneys

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Scott Allen Pieracci in the amount of restitution determined at the time of sentencing, or within ninety days thereafter. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **January 2, 2020**

UNITED STATES DISTRICT JUDGE