IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00165 DAD |
| *Plaintiff,* | ORDER CONTINUING SURRENDER DATE |
| v. | |
| SCOTT ALLEN PIERACCI, | |
| *Defendant.* | |

IT IS HEREBY ORDERED, that the self-surrender date for defendant Scott Allen Pieracci, sentenced on February 24, 2020 to 6 months in the custody of the U.S. Bureau of Prisons, is continued from April 22, 2020 to **July 22, 2020 at or before 2:00 p.m.** at the institution designated by the Bureau of Prisons**.**

IT IS SO ORDERED.

Dated: __**April 13, 2020**__  _____
UNITED STATES DISTRICT JUDGE