MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Counsel for Defendant,
Scott Allen Pieracci

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:15-CR-00165-DAD-BAM |
| Plaintiff, | ) |
| | ) STIPULATION TO DELAY REPORTING |
| vs. | ) TO BUREAU OF PRISONS DUE TO |
| | ) COVID-19 AND HEALTH CONCERNS |
| SCOTT ALLEN PIERACCI, | ) UNTIL NOVEMBER 30, 2020;  ORDER |
| Defendant. | ) |

**TO: THE HON. DALE A. DROZD, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

In a Criminal Indictment filed June 25, 2015, Mr. Pieracci was charged with 16 Counts of Wire Fraud in violation of 18 U.S.C. §1343, extending from June 30, 2010 until November 30, 2010.  Mr. Pieracci pleaded guilty to Count 1 and Count 15 of the Superseding Indictment on October 4, 2019, and on February 26, 2020 was sentenced to 6 months on Count 1 and 6 months on Count 15, to be served concurrently for a total term of 6 months (with an additional 6 months to be served thereafter on home confinement).  Mr. Pieracci was originally scheduled to report to the United States Marshal on April 22, 2020 to be transported to USP Atwater to serve his sentence. On April 13, 2020 and pursuant to Mr. Pieracci's unopposed motion, this court signed an order continuing Mr. Pieracci's Surrender date until July 22, 2020. Mr. Pieracci by agreement with the government is making restitution payments of $75.00 per month. He had previously

made two (2) $25.00 as he was ordered to pay $25 per quarter in custody. He will continue to make the $75.00 monthly payments while out of custody.

The parties to the above action, through the undersigned counsel, stipulate to continue the July 22, 2020 surrender date of defendant Scott Allen Pieracci to the Bureau of Prisons to November 30, 2020. The parties base this stipulation on good cause. To explain:

1. Mr. Pieracci is ordered by this court to report to the United States Marshal at 2:00 p.m. on July 22, 2020. Mr. Pieracci is 58-years old and is a Type 2 Diabetic (See Attachment 1). He is employed full time as the warehouse manager for Direct Appliance in Modesto, CA. He has no prior criminal record nor any record of violence, and adhered to all conditions of his supervised release since this case was first charged in June 2015.

2. The defense is collecting data regarding the extent people with pre-existing medical conditions are especially "at Risk" and vulnerable to the Covid-19 Virus. The defense maintains that Mr. Pieracci's diabetes increases his chances to not only catch the Covid-19 Virus, but adversely impacts his ability to fight it off if he were to become infected with this virus which currently has no cure. There may also be an underlying risk of exacerbated illness and complications due to having Type II Diabetes. The defense further maintains that placing Mr. Pieracci in a small, controlled environment enhances his chance that he could become infected, and that delaying his entry into this environment not only protects him from the virus, but also protects the other inmates as Mr. Pieracci may come into contact with the virus through everyday living and contact with surfaces which may have been exposed to the virus. If given until November 30, 2020 for him to report to BOP, the danger of the virus may dissipate to the point that it is no longer a greater threat to Mr. Pieracci or anyone else physically close to him.

3. Counsel for Mr. Pieracci, Michael W. Berdinella, has stage IV Cancer with major surgery set for July 22, 2020. Counsel will be in self-quarantine and in recovery at home for the following four (4) weeks and undergo radiation treatment every day for one month will follow counsel's recovery from surgery.

4. Counsel for Mr. Pieracci may find it necessary to file a motion for Compassionate Release to allow Home Confinement for Mr. Pieracci pursuant to U.S.S.G. § 1B1.13(2),

should the Covid-19 Pandemic still be present in early October of 2020. If such a Motion is found necessary to file, Counsel will notify the Court and request a briefing schedule, In light of his own health issues, counsel for Mr. Pieracci expects to be unable to file moving papers on behalf of the defense (if found to be necessary) until November 2020, but still expects to be able to argue the motion before Mr. Pieracci's continued surrender date of November 30, 2020.

For the above-stated reasons, the parties stipulate to continuing Mr. Pieracci's surrender date to the Bureau of Prisons from July 22, 2020 to November 30, 2020 (by 2pm). The parties further request the court to endorse this stipulation by way of formal order.

Dated:  July 13, 2020                           McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Brian Enos
                                                Brian Enos
                                                Assistant United States Attorney

Dated:  July 13, 2020                           /s/ Michael W. Berdinella

                                                Michael W. Berdinella
                                                Counsel for Defendant
                                                Scott Pieracci

### ORDER

THE COURT HEREBY ORDERS that the self-surrender date for defendant Scott Allen Pieracci is continued from July 22, 2020 to December 2, 2020 at or before 2:00 p.m. at the institution designated by the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  **July 13, 2020**                       _____
                                                UNITED STATES DISTRICT JUDGE

- 3